**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC.,

         Plaintiff(s),

     v.

SANDRA S. DUDUM,

         Defendant(s).

_____/

Case No.  12-01966 JCS

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT**

     IT IS HEREBY ORDERED that the case management conference currently set for August 3, 2012, at 1:30 p.m., is hereby VACATED.  Plaintiff shall file a Motion for Entry of Default Judgment by September 4, 2012.

     IT IS SO ORDERED.

Dated:  July 31, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge