**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6   CHANEL INC.,                          Case No.  12-01966 JCS
7              Plaintiff(s),
                                          **ORDER VACATING CASE**
8        v.                               **MANAGEMENT CONFERENCE AND**
                                          **FILE MOTION FOR ENTRY OF**
9   SANDRA S. DUDUM,                      **DEFAULT JUDGMENT**
10             Defendant(s).
    _____/
11
12        IT IS HEREBY ORDERED that the case management conference currently set for August 3,
13  2012, at 1:30 p.m., is hereby VACATED.  Plaintiff shall file a Motion for Entry of Default Judgment
14  by September 4, 2012.
15        IT IS SO ORDERED.
16
17  Dated:  July 31, 2012
18                                        _____
                                          JOSEPH C. SPERO
19                                        United States Magistrate Judge
20
21
22
23
24
25
26
27
28