IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC.,

    Plaintiff,

v.

SANDRA S. DUDUM ET AL.,

    Defendants.

No. C 12-1966 CRB

**ORDER ADOPTING REPORT & RECOMMENDATION**

The Court has reviewed Magistrate Judge Spero's Report and Recommendation regarding Plaintiff's Motion for Final Default Judgment and Permanent Injunction. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court enters default judgment against Defendant Sandra S. Dudum and enters the permanent injunction recommended in Judge Spero's report.

**IT IS SO ORDERED.**

Dated: November 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1966\order adopting r&r.wpd