IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA S. DUDUM ET AL., <br><br> Defendants. | No. C 12-1966 CRB <br><br> **ORDER ADOPTING REPORT & RECOMMENDATION** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation regarding Plaintiff's Motion for Final Default Judgment and Permanent Injunction. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court enters default judgment against Defendant Sandra S. Dudum and enters the permanent injunction recommended in Judge Spero's report.

**IT IS SO ORDERED.**

Dated: November 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1966\order adopting r&r.wpd