IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC.,

    Plaintiff,

  v.

SANDRA S. DUDUM ET AL.,

    Defendants.
    _____/

No. C 12-1966 CRB

**JUDGMENT**

    Having granted Plaintiff's motion for default judgment, dkt. 33, the Court hereby enters judgment in favor of Plaintiff and against Defendant Sandra S. Dudum in the amount of $50,000 in statutory damages for trademark infringement, as well as costs in the amount of $770.00 and prejudgment interest in the amount of $850.34.

    **IT IS SO ORDERED.**

Dated: November 15, 2012

                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE