IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL INC., | No. C 12-1966 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SANDRA S. DUDUM ET AL., | |
| Defendants. | |

Having granted Plaintiff's motion for default judgment, dkt. 33, the Court hereby enters judgment in favor of Plaintiff and against Defendant Sandra S. Dudum in the amount of $50,000 in statutory damages for trademark infringement, as well as costs in the amount of $770.00 and prejudgment interest in the amount of $850.34.

**IT IS SO ORDERED.**

Dated: November 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1966\judgment.wpd